# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04CV12058WGY

**BETTE J. RIVARD, as Administratrix of
the Estate of John A. Horton,**
      **Plaintiff,**

v.

**DARTMOUTH HOUSE OF CORRECTION,
BRISTOL COUNTY, JOHN DOE, RICHARD
ROE, Bristol County Corrections Employees
the identity and number of who is presently
unknown to the Plaintiff,**
      **Defendants/ Third Party Plaintiffs**

v.

**PRISON HEALTH SERVICES, INC. and
CORRECTIONAL HEALTH CARE SOLUTIONS, INC.**
      **Third Part Defendants**

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Bruce Assad, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution on behalf of Bristol County

Defendant,

Bruce Assad
Special Sheriff

Defendant, by his attorney,

Douglas I. Louison (BBO# 545191)
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305