UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>     Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>     Defendants/<br>     Third Party Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br>     Third Party Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for third-party defendant, Prison Health Services, Inc.

Respectfully submitted,

Prison Health Services, Inc.,
By its attorneys:

_Victor J. Koufman_
Victor J. Koufman, Esq. BBO #545296
Elizabeth Renhard, Esq. BBO #647777
Koufman and Frederick, LLP
265 Essex Street, Suite 301
Salem, MA 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Victor J. Koufman, attorney for Prison Health Services, Inc., hereby certify that I have this **23rd day of December, 2004**, forwarded a copy of the foregoing **Notice of Appearance**, by first-class mail, postage prepaid, to the following counsel of record:

| | |
|---|---|
| *Plaintiff's counsel*<br>Robert Proulx, Esq.<br>Proulx Law Associates, PC<br>170 High Street<br>Suite 301<br>Taunton, MA  02780 | *Counsel for Sheriff of Bristol County Thomas Hodgson*<br>Douglas Louison, Esq<br>Regina Ryan, Esq.<br>Merrick, Louison & Costello<br>67 Batterymarch St<br>Boston, MA 0211 |

_____
Victor J. Koufman