# EXHIBIT A

# KOUFMAN & FREDERICK, LLP

Attorneys at Law
265 Essex Street, Suite 301
Salem, Massachusetts 01970

Victor J. Koufman
James L. Frederick
Mary Eiro-Bartevyan
Elizabeth M. Rennard
Melissa J. Garand

978.745-2212
Fax: 978.745-9157
www.kflawyers.com

*Of Counsel*
David J. Hallinan
Patrick J. Delulis

June 29, 2005

**VIA FACSIMILE**

Robert Proulx, Esq.
170 High Street
Suite 301
Taunton, MA  02780

Re: <u>**The Estate of John Horton v. Dartmouth House of Correction, et al**</u>.
<u>**U.S.D.C. No. 04-12058-WGY**</u>

Dear Mr. Proulx:

I am working on the above-captioned case along with Elizabeth Rennard. Pursuant to Local Rule 7.1(A)(2), this is a formal request to confer with you about your overdue discovery, namely your answers to Prison Health Services' First Set of Interrogatories and Request for the Production of Documents which were served upon you on February 2, 2005.

Your answers to the Interrogatories were due on April 26, 2005 and your response to the Request for Production of Documents was due on April 11, 2005. As of this date, we have not received any response from you. With that in mind, please contact me at the address listed above to discuss your overdue discovery and let me know when I can expect your answers. As I am sure you are aware, discovery in this matter ends on September 15, 2005.  Therefore, if I do not hear from you by July 6, 2005, I will be forced to take further action up to and including a motion to compel the documents.

Your prompt response to this letter will be appreciated

Very truly yours,

Mary Eiro-Bartevyan

cc: Regina Ryan, Esq.

1330 Beacon Street, Suite 311, Brookline, Massachusetts 02446
617.738-7880
Fax: 617.738-9497

```
***************************
***   ACTIVITY REPORT   ***
***************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| *06/24 14:38 | 978 887 2361 | | 6260 | AUTO FAX RX | ECM | 3 | NG | 01'13 |
| | | | | | | 3 | | ##791 |
| *06/24 14:40 | 978 887 2361 | | 6261 | AUTO FAX RX | ECM | 3 | OK | 00'57 |
| *06/24 15:58 | 16177688915 | | 0604 | TRANSMIT | ECM | 12 | OK | 03'42 |
| *06/24 17:26 | 6177398909 | | 6262 | AUTO FAX RX | ECM | 3 | OK | 01'12 |
| *06/25 02:07 | | | 6263 | AUTO FAX RX | ECM | 1 | OK | 00'33 |
| *06/27 06:32 | | | 6264 | AUTO FAX RX | ECM | 1 | OK | 01'18 |
| *06/27 06:49 | 9787400072 | JOHN D KEENAN | 6265 | AUTO FAX RX | ECM | 1 | OK | 00'29 |
| *06/27 10:35 | 17815959200 | | 6266 | AUTO FAX RX | G3 | 2 | OK | 01'58 |
| *06/27 10:42 | | | 6267 | AUTO FAX RX | ECM | 1 | OK | 00'40 |
| *06/27 10:55 | 17812393326 | | 0605 | TRANSMIT | ECM | 3 | OK | 00'57 |
| *06/27 11:12 | | | 6268 | AUTO FAX RX | ECM | 1 | OK | 00'37 |
| *06/27 11:51 | 17815920115 | | 6269 | AUTO FAX RX | ECM | 5 | OK | 01'52 |
| *06/27 14:42 | 11 | | 6270 | AUTO FAX RX | ECM | 3 | OK | 01'04 |
| *06/27 15:11 | 9787459557 | | 0606 | TRANSMIT | ECM | 9 | OK | 03'05 |
| *06/27 15:20 | 978 887 2361 | | 6271 | AUTO FAX RX | ECM | 3 | OK | 01'18 |
| *06/27 15:50 | | | 6272 | AUTO FAX RX | ECM | 1 | OK | 00'33 |
| *06/27 16:04 | 19788872361 | | 0607 | TRANSMIT | ECM | 2 | OK | 01'05 |
| *06/27 16:06 | 19788872361 | | 0608 | TRANSMIT | ECM | 2 | OK | 00'57 |
| *06/27 17:07 | 17815995473 | | 0609 | TRANSMIT | ECM | 2 | OK | 00'52 |
| *06/27 17:09 | 17812894485 | | 0610 | TRANSMIT | ECM | 2 | OK | 00'56 |
| *06/27 17:12 | 14013315886 | | 0611 | TRANSMIT | ECM | 2 | OK | 00'46 |
| *06/28 02:48 | | | 6273 | AUTO FAX RX | G3 | 1 | OK | 00'45 |
| *06/28 08:46 | 17815920115 | | 6274 | AUTO FAX RX | ECM | 2 | OK | 00'41 |
| *06/28 09:50 | 314 919 8891 | | 6275 | AUTO FAX RX | ECM | 6 | OK | 01'54 |
| *06/28 11:25 | | | 6276 | AUTO FAX RX | ECM | 1 | OK | 00'40 |
| *06/28 13:00 | 978 744 7660 | | 6277 | AUTO FAX RX | ECM | 1 | OK | 00'35 |
| *06/28 13:07 | 16104462804 | | 0612 | TRANSMIT | ECM | 20 | OK | 07'28 |
| *06/28 13:17 | 978 744 7660 | | 6278 | AUTO FAX RX | ECM | 3 | OK | 01'14 |
| *06/28 14:11 | | | 6279 | AUTO FAX RX | ECM | 5 | OK | 01'34 |
| *06/28 16:08 | | | 6280 | AUTO FAX RX | ECM | 2 | OK | 01'16 |
| *06/28 16:21 | 978 524 6061 | | 6281 | AUTO FAX RX | ECM | 3 | OK | 01'01 |
| *06/29 07:17 | 781 268 2409 | | 6282 | AUTO FAX RX | ECM | 3 | OK | 00'51 |
| *06/29 08:24 | 16172620046 | | 0613 | TRANSMIT | ECM | 1 | NG | 00'35 |
| | | | | | | 2 | | STOP |
| *06/29 08:27 | 16172620046 | | 0614 | TRANSMIT | ECM | 23 | OK | 08'54 |
| *06/29 08:47 | 17134618130 | | 0615 | TRANSMIT | ECM | 3 | OK | 01'02 |
| *06/29 08:52 | 13149199350 | | 0616 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | | STOP |
| *06/29 08:53 | 13149198891 | | 0617 | TRANSMIT | ECM | 3 | OK | 01'00 |
| 06/29 10:21 | | | 6283 | AUTO FAX RX | ECM | 1 | OK | 00'41 |
| 06/29 10:57 | 15088236443 | | 0618 | TRANSMIT | ECM | 2 | OK | 00'46 |
| 06/29 10:59 | 16174390325 | | 0619 | TRANSMIT | ECM | 2 | OK | 00'45 |