UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>    Plaintiff<br>v.<br>DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>    Defendants/<br>    Third Party Plaintiffs<br>v.<br>PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br>    Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE PURSUANT TO L.R. 7.1 FOR PRISON HEALTH SERVICES, INC'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

I, Mary Eiro-Bartevyan, counsel for Prison Health Services, Inc., hereby certify that I have attempted to confer with Plaintiff's counsel in the above captioned matter and attempted in good faith to resolve or narrow the issues contained within this motion.

Respectfully submitted,

Prison Health Services, Inc.
By its attorneys,

DATED: 7-7-05

Victor J. Koufman, Esq., BBO # 545296
Mary Eiro-Bartevyan, Esq., BBO # 558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, MA 01970
(978) 745-2212

**CERTIFICATE OF SERVICE**

    I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this _____ day of July, 2005 forwarded a copy of the foregoing document, by first-class mail, postage pre-paid, upon counsel of record named below:

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA 02780

Regina M. Ryan
Merrick, Louison & Costello, LLP
6 Batterymarch Street
Boston, MA 02110

                                              _____
                                              Mary Eiro-Bartevyan