UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of<br>the Estate of John A Horton,<br>         Plaintiff<br>v.<br>DARTMOUTH HOUSE OF CORRECTION,<br>BRISTOL COUNTY, JOHN DOE,<br>RICHARD ROE, Bristol County Corrections<br>employees the identity and number of whom is<br>presently unknown to the Plaintiff,<br>         Defendants/<br>         Third Party Plaintiffs<br>v.<br>PRISON HEALTH SERVICES, INC. and<br>CORRECTIONAL HEALTH CARE<br>SOLUTIONS, INC.<br>         Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO L.R. 7.1 FOR PRISON HEALTH SERVICES, INC'S MOTION TO TAKE THE DEPOSITION OF MARK HIGGINS A PERSON CONFINED IN A COUNTY CORRECTIONAL FACILITY

I, Mary Eiro-Bartevyan, counsel for Prison Health Services, Inc., hereby certify that I have conferred with Plaintiff's counsel and co-defense counsel in the above captioned matter and attempted in good faith to resolve or narrow the issues contained within this motion. I also certify that neither party has any objection to this motion to depose Mark Higgins.

Respectfully submitted,
Prison Health Services, Inc.
By its attorneys,

DATED:8/24/05

*/s/ Mary Eiro-Bartevyan*
Victor J. Koufman, Esq., BBO # 545296
Mary Eiro-Bartevyan, Esq., BBO # 558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, MA  01970
(978) 745-2212

**CERTIFICATE OF SERVICE**

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this 24th day of August, 2005 forwarded a copy of the foregoing document, by first-class mail, postage pre-paid, upon counsel of record named below:

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA  02780

Regina M. Ryan
Merrick, Louison & Costello, LLP
6 Batterymarch Street
Boston, MA  02110

*/s/ Mary Eiro-Bartevyan*_____
Mary Eiro-Bartevyan