UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>        Plaintiff | ) ) ) ) |
| v. | ) ) |
| DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>        Defendants/<br>        Third Party Plaintiffs | ) ) ) ) ) ) ) ) |
| v. | ) ) |
| PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br>        Third Party Defendants | ) ) ) ) |

**MOTION BY THIRD PARTY DEFENDANT PRISON HEALTH SERVICES TO TAKE THE DEPOSITION OF MARK HIGGINS A PERSON CONFINED IN A COUNTY CORRECTIONAL FACILITY**

Pursuant to Fed. Rules Civ. Proc. R. 30(a)(2), Third Party Defendant, Prison Health Services, requests this Court's leave to take the deposition of Mark Higgins who is an inmate incarcerated in the Bourne House of Correction, Bourne MA.

In the Plaintiff's Automatic Disclosure Mark Higgins is listed as an individual who is likely to have discoverable information regarding the case. Furthermore, inmate Mark Higgins is listed as a trial witness on the Plaintiff's witness list.

Accordingly, in order to adequately prepare for trial, Prison Health Services respectfully requests that this Court allow the deposition of inmate Mark Higgins to be conducted at the facility in which he is confined.

Respectfully submitted,
Prison Health Services

By its attorneys,

*/s/ Mary Eiro-Bartevyan*
Victor J. Koufman BBO # 545296
Mary Eiro-Bartevyan BBO #558970
Koufman & Frederick, LLP
265 Essex Street, Suite 301
Salem, MA  01970
(978) 745-2212

## <u>CERTIFICATE OF SERVICE</u>

I, Mary Eiro-Bartevyan, attorney for Prison Health Services hereby certify that on this 24th day of August, 2005, I served the foregoing *Motion To Take The Deposition Of Mark Higgins A Person Confined In A County Correctional Facility upon* all counsel of record, as follows:


*Plaintiff's Counsel*

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA  02780

*Counsel for Bristol County*

Douglas Louison, Esq.
Regina Ryan, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110




                                        */s/ Mary Eiro-Bartevyan*
                                        Mary Eiro-Bartevyan




I:\Clients\PHS\Horton\Pleadings\Motion to take deposition of Mark Higgins.doc