UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>　　　　Plaintiff<br>v.<br>DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>　　　　Defendants/<br>　　　　Third Party Plaintiffs<br>v.<br>PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br>　　　　Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE PURSUANT TO L.R. 7.1 FOR PRISON HEALTH SERVICES, INC'S MOTION TO TAKE THE DEPOSITION OF MARK HIGGINS A PERSON CONFINED IN A COUNTY CORRECTIONAL FACILITY**

I, Victor J. Koufman, counsel for Prison Health Services, Inc., hereby certify that we have conferred with Plaintiff's counsel and co-defense counsel in the above captioned matter and attempted in good faith to resolve or narrow the issues contained within this motion. I also certify that neither party has any objection to this motion to depose Mark Higgins.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Prison Health Services, Inc.
　　　　　　　　　　　　　　　　　　By its attorneys,

DATED:8/24/05　　　　　　　　　　　*/s/ Victor J. Koufman*
　　　　　　　　　　　　　　　　　　Victor J. Koufman, Esq., BBO # 545296
　　　　　　　　　　　　　　　　　　Mary Eiro-Bartevyan, Esq., BBO # 558970
　　　　　　　　　　　　　　　　　　KOUFMAN & FREDERICK, LLP
　　　　　　　　　　　　　　　　　　265 Essex Street, Suite 301
　　　　　　　　　　　　　　　　　　Salem, MA  01970
　　　　　　　　　　　　　　　　　　(978) 745-2212

**CERTIFICATE OF SERVICE**

      I, Victor J. Koufman, attorney for Prison Health Services, Inc., hereby certify that I have this 24th day of August, 2005 forwarded a copy of the foregoing document, by first-class mail, postage pre-paid, upon counsel of record named below:

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA  02780

Regina M. Ryan
Merrick, Louison & Costello, LLP
6 Batterymarch Street
Boston, MA  02110

                                          */s/ Victor J. Koufman*_____
                                          Victor J. Koufman