UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>    Plaintiff<br>v.<br>DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>    Defendants/<br>    Third Party Plaintiffs<br>v.<br>PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br>    Third Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE PURSUANT TO L.R. 7.1 FOR PRISON HEALTH SERVICES, INC'S MOTION FOR COURT ORDER REGARDING PRODUCTION OF CRIMINAL RECORDS OF CIVILIAN WITNESSES AND MOTION FOR COURT ORDER REGARDING AUTOPSY RECORDS**

I, Mary Eiro-Bartevyan, counsel for Prison Health Services, Inc., hereby certify that I have attempted to confer with Plaintiff's counsel and co-defense counsel in the above captioned matter and attempted in good faith to resolve or narrow the issues contained within this motion. I also certify that the plaintiff does not have any objection to this motion.

Respectfully submitted,<br>
Prison Health Services, Inc.<br>
By its attorneys,

DATED:9/1/05                                                             */s/ Mary Eiro-Bartevyan*
Victor J. Koufman, Esq., BBO # 545296
Mary Eiro-Bartevyan, Esq., BBO # 558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, MA  01970
(978) 745-2212

**CERTIFICATE OF SERVICE**

      I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this 1st day of September, 2005 forwarded a copy of the foregoing document, by first-class mail, postage pre-paid, upon counsel of record named below:

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA  02780

Regina M. Ryan
Merrick, Louison & Costello, LLP
6 Batterymarch Street
Boston, MA  02110

                                       */s/ Victor J. Koufman*_____
                                       Victor J. Koufman