**ATTACHMENT 1**

# KOUFMAN & FREDERICK, LLP

Attorneys at Law
265 Essex Street, Suite 301
Salem, Massachusetts 01970

Victor J. Koufman
James L. Frederick
Mary Eiro-Bartevyan
Elizabeth M. Rennard
Melissa J. Garand

978.745-2212
Fax: 978.745-9157
www.kflawyers.com

*Of Counsel*
David J. Hallinan
Patrick J. DeIulis

August 22, 2005

**By Fax**

Andrew M. Fisher, Esq.
47 Winter Street - #4
Boston, MA 02108

Robert Proulx, Esq.
170 High Street
Suite 301
Taunton, MA 02780

Re: <u>The Estate of John Horton v. Dartmouth House of Correction, et al.</u>
U.S.D.C. No. 04-12058-WGY

Gentlemen:

As I stated to you earlier today, we cannot agree to continue the depositions of the plaintiff Bette Rivard and Maria Travares Lafrate, which are scheduled for tomorrow beginning at 10:00 a.m. in my office.

We cannot agree to continue the deposition of your client, because the discovery deadline in the above matter is quickly approaching. Also, this is the second time you have postponed your client's deposition in this case. In addition, her deposition had to be continued on one prior occasion because you had not provided timely answers to my client's interrogatories and requests for production of documents. In fact, you forced us to seek the court's assistance to compel you to provide us with this written discovery.

We cannot agree to continue the deposition of Maria Travares Lafrate, because in addition to the discovery deadline, she has refused to provide us with another date for her deposition. Last week, Ms. Travares Lafrate notified my secretary that she did not want to attend her deposition on August 23, because the date was inconvenient and our office was too far away. When we agreed to continue it to a date in the near future in Attorney Ryan's office in Boston, Ms. Travares announced that she would not agree to any arrangement.

We plan on going forward with both depositions tomorrow. Should you have any questions, please call.

Very truly yours,

Victor Koufman

VJK:km
cc: Regina Ryan, Esq. (telecopier)
G:\PHS-Prison Health Services, Inc\Horton\Correspondence\Letter to Atty Proulx 8.22.05.doc

1330 Beacon Street, Suite 311, Brookline, Massachusetts 02446
617.738-7880
Fax: 617.738-9497