# ATTACHMENT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of )
the Estate of John A Horton, )
                  Plaintiff )
v. )
DARTMOUTH HOUSE OF CORRECTION, )
BRISTOL COUNTY, JOHN DOE, )
RICHARD ROE, Bristol County Corrections )
employees the identity and number of )
 whom is presently unknown to the Plaintiff, )
                  Defendants/ )
            Third Party Plaintiffs )
v. )
PRISON HEALTH SERVICES, INC. and )
CORRECTIONAL HEALTH CARE )
SOLUTIONS, INC. )
          Third Party Defendants )
_____ )

**F.R.C.P. Rule 30(A) and Rule 45**

TO:   **Maria Tavares Iafrate**
       **29 Plymouth Street**
       **New Bedford, MA  02740**

**Greetings:**

    **YOU ARE HEREBY COMMANDED** in the name of The Commonwealth of

Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of

Civil Procedure to appear and testify on behalf of Prison Health Services, Inc., before a

Notary Public of the Commonwealth, at the law firm of **Koufman & Frederick, LLP, 265**

**Essex Street, Suite 301, in the City of Salem, Massachusetts**, on **Tuesday the 23rd**

**of August, 2005 at 12:00 noon,** and to testify as to your knowledge of the above-

captioned matter, at the taking of the deposition in the above-entitled action.

Hereof fail not as you will answer your default under the penalties in the law in that behalf made and provided.

**Dated at** Salem, the 3rd day of August, 2005

**ISSUED BY:**
**Victor J. Koufman, Esq.**
Koufman & Frederick, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970
(978) 745-2212

Kathleen M. Harvey-Merullo, Notary Public
**My Commission Expires** 8/



---

**Note: Please contact Attorney Mary Eiro-Bartevyan at (978) 745-2212 upon receipt of this subpoena.**

---

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 04CV12058WGY

I hereby certify and return that today, August 4, 2005, at 1:29 PM, I summoned the within named witness Maria Tavares Iafrate to appear and give testimony (*or produce*) as within directed, by leaving a true and attested copy of the within United States District Court Subpoena at the last and usual place of abode of Maria Tavares Iafrate, to wit: 29 Plymouth Street, New Bedford, MA 02740. I also tendered $60.00 (Sixty Dollars and Zero Cents), at the time and place of service, being the fee for one days attendance and travel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 4, 2005.

Herve W. Vandal, Jr., Process Server
& Disinterested Person over Age 18.

**Capitol Constable Service**
10 Lowell Street
P.O. Box 3315
Peabody, MA, 01960-5412
800-977-0427 978-977-0427 Business
978-977-0122 FAX
http://constableservice.com

Service:$45.75
Witness Fee:$60.00
Total:$105.75

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of      )
the Estate of John A Horton,               )
          Plaintiff                        )
v.                                         )
DARTMOUTH HOUSE OF CORRECTION,             )
BRISTOL COUNTY, JOHN DOE,                  )
RICHARD ROE, Bristol County Corrections    )
employees the identity and number of       )
whom is presently unknown to the Plaintiff, )
          Defendants/                      )
          Third Party Plaintiffs           )
v.                                         )
PRISON HEALTH SERVICES, INC. and           )
CORRECTIONAL HEALTH CARE                   )
SOLUTIONS, INC.                            )
          Third Party Defendants           )
_____ )

## **NOTICE OF TAKING DEPOSITION**

TO:    Robert M. Proulx, Esquire
        Proulx Law Associates, P.C.
        170 High Street, Suite 301
        Taunton, MA 02780

        Regina Ryan, Esq.
        Merrick, Louison, & Costello
        67 Batterymarch Street
        Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition upon oral examination of **Maria Tavares Iafrate** on **Tuesday, the 23rd day of August 2005** at **12:00 noon** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite**

**301, Salem, MA,** pursuant to the applicable rules of the Federal Rules of Civil Procedure,

before a Notary Public, or before some other officer authorized by law to administer oaths.

The examination will continue from day to day until completed.

Dated: 8 · 3-05

Respectfully submitted,
Prison Health Services, Inc.

By its attorneys,

Victor J. Koufman BBO. #545296
Mary Eiro-Bartevyan, BBO #558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this **3rd day of August 2005**, forwarded a copy of the foregoing, **Notice of Taking Deposition of Maria Tavares Iafrate,** by first-class mail, postage prepaid, to the following counsel of record:

Robert M. Proulx, Esquire
Proulx Law Associates, P.C.
170 High Street, Suite 301
Taunton, MA  02780

Regina Ryan, Esquire
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Mary Eiro-Bartevyan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of      )
the Estate of John A Horton,               )
                        Plaintiff      )
    v.                                        )
DARTMOUTH HOUSE OF CORRECTION,            )
BRISTOL COUNTY, JOHN DOE,                  )
RICHARD ROE, Bristol County Corrections    )
employees the identity and number of       )
whom is presently unknown to the Plaintiff, )
                Defendants/                )
          Third Party Plaintiffs       )
    v.                                        )
PRISON HEALTH SERVICES, INC. and           )
CORRECTIONAL HEALTH CARE                    )
SOLUTIONS, INC.                             )
        Third Party Defendants     )
_____ )

### F.R.C.P. Rule 30(A) and Rule 45

TO:   **Mr. Frank Baez, Jr.**
       **465 Purchase Street**
       **New Bedford, MA  02740**

**Greetings:**

      **YOU ARE HEREBY COMMANDED** in the name of The Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify on behalf of Prison Health Services, Inc., before a Notary Public of the Commonwealth, at the law firm of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301, in the City of Salem, Massachusetts**, on **Thursday the 11**[th] **of August, 2005 at 1:00 p.m.,** and to testify as to your knowledge of the above-captioned matter, at the taking of the deposition in the above-entitled action.

Hereof fail not as you will answer your default under the penalties in the law in

that behalf made and provided.

Dated at Salem, the 12th day of July, 2005

**ISSUED BY:**
**Victor J. Koufman, Esq.**
Koufman & Frederick, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970
(978) 745-2212



Kathleen M. Harvey-Merullo, Notary Public
**My Commission Expires: 8/25/06**

---

**Note:  Please contact Attorney Mary Eiro-Bartevyan at (978) 745-2212 upon receipt of this subpoena.**

---

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
Docket/Case No: 04CV12058WGY

I hereby certify and return that today, July 14, 2005, at 12:11 PM, I summoned the within named witness Frank Baez, Jr. to appear and give testimony (*or produce*) as within directed, by leaving a true and attested copy of the within Subpoena at the last and usual place of abode of Frank Baez, Jr., to wit: 465 Purchase Street, New Bedford, MA 02740. I also tendered $20.00 (Twenty Dollars and Zero Cents), at the time and place of service, being the fee for one days attendance and travel.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 14, 2005.

**Herve W. Vandal, Jr.,** Process Server
& Disinterested Person over Age 18.

**Capitol Constable Service**
10 Lowell Street
P.O. Box 3315
Peabody, MA, 01960-5412
800-977-0427 978-977-0427 Business
978-977-0122 FAX
http://constableservice.com

Service:$39.75
Witness Fee:$20.00
Total:$59.75

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of     )
the Estate of John A Horton,              )
                    Plaintiff             )
                                          )
v.                                        )
DARTMOUTH HOUSE OF CORRECTION,            )
BRISTOL COUNTY, JOHN DOE,                 )
RICHARD ROE, Bristol County Corrections   )
employees the identity and number of      )
whom is presently unknown to the Plaintiff, )
                    Defendants/            )
                    Third Party Plaintiffs )
                                          )
v.                                        )
PRISON HEALTH SERVICES, INC. and          )
CORRECTIONAL HEALTH CARE                  )
SOLUTIONS, INC.                           )
                    Third Party Defendants )
_____ )

## NOTICE OF TAKING DEPOSITION

TO:   Robert M. Proulx, Esquire
      Proulx Law Associates, P.C.
      170 High Street, Suite 301
      Taunton, MA 02780

      Regina Ryan, Esq.
      Merrick, Louison, & Costello
      67 Batterymarch Street
      Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition

upon oral examination of **Mark Higgins** on **Thursday, the 1st day of September 2005** at

**12:00 noon** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301,**

**Salem, MA**, pursuant to the applicable rules of the Federal Rules of Civil Procedure, before

a Notary Public, or before some other officer authorized by law to administer oaths. The
examination will continue from day to day until completed.

Dated: 8·3-05

Respectfully submitted,
Prison Health Services, Inc.

By its attorneys,

Victor J. Koufman BBO. #545296
Mary Eiro-Bartevyan, BBO #558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this **3rd day of August 2005**, forwarded a copy of the foregoing, ***Notice of Taking Deposition of Mark Higgins,*** by first-class mail, postage prepaid, to the following counsel of record:

Robert M. Proulx, Esquire
Proulx Law Associates, P.C.
170 High Street, Suite 301
Taunton, MA  02780

Regina Ryan, Esquire
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Mary Eiro-Bartevyan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of          )
the Estate of John A Horton,                   )
                         Plaintiff             )
v.                                             )
DARTMOUTH HOUSE OF CORRECTION,                 )
BRISTOL COUNTY, JOHN DOE,                      )
RICHARD ROE, Bristol County Corrections        )
employees the identity and number of          )
whom is presently unknown to the Plaintiff,    )
                   Defendants/                 )
                   Third Party Plaintiffs      )
v.                                             )
PRISON HEALTH SERVICES, INC. and               )
CORRECTIONAL HEALTH CARE                       )
SOLUTIONS, INC.                                )
                   Third Party Defendants      )
_____ )

## NOTICE OF TAKING DEPOSITION

TO:    Robert M. Proulx, Esquire
       Proulx Law Associates, P.C.
       170 High Street, Suite 301
       Taunton, MA 02780

       Regina Ryan, Esq.
       Merrick, Louison, & Costello
       67 Batterymarch Street
       Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition

upon oral examination of **Frank Wetherall** on **Thursday, the 25th day of August 2005** at

**10:00 a.m.** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301,**

**Salem, MA,** pursuant to the applicable rules of the Federal Rules of Civil Procedure, before

a Notary Public, or before some other officer authorized by law to administer oaths. The examination will continue from day to day until completed.

Dated: 8-3-05

Respectfully submitted,
Prison Health Services, Inc.

By its attorneys,

Victor J. Koufman BBO. #545296
Mary Eiro-Bartevyan, BBO #558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this **3rd day of August 2005**, forwarded a copy of the foregoing, ***Notice of Taking Deposition of Frank Wetherall***, by first-class mail, postage prepaid, to the following counsel of record:

> Robert M. Proulx, Esquire
> Proulx Law Associates, P.C.
> 170 High Street, Suite 301
> Taunton, MA  02780
>
> Regina Ryan, Esquire
> Merrick, Louison & Costello
> 67 Batterymarch Street
> Boston, MA 02110

Mary Eiro-Bartevyan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of      )
the Estate of John A Horton,               )
                    Plaintiff              )
v.                                         )
DARTMOUTH HOUSE OF CORRECTION,  )
BRISTOL COUNTY, JOHN DOE,                  )
RICHARD ROE, Bristol County Corrections )
employees the identity and number of       )
whom is presently unknown to the Plaintiff, )
                    Defendants/            )
                    Third Party Plaintiffs  )
v.                                         )
PRISON HEALTH SERVICES, INC. and           )
CORRECTIONAL HEALTH CARE                   )
SOLUTIONS, INC.                            )
                    Third Party Defendants )
_____ )

## NOTICE OF TAKING DEPOSITION

TO:    Robert M. Proulx, Esquire
       Proulx Law Associates, P.C.
       170 High Street, Suite 301
       Taunton, MA 02780

       Regina Ryan, Esq.
       Merrick, Louison, & Costello
       67 Batterymarch Street
       Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition

upon oral examination of **Mark Duwart** on **Thursday, the 25th day of August 2005** at

**12:00 noon** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301,**

**Salem, MA**, pursuant to the applicable rules of the Federal Rules of Civil Procedure, before

a Notary Public, or before some other officer authorized by law to administer oaths. The examination will continue from day to day until completed.

Dated:  ᔥ·ʒ-ᴏᔆ

Respectfully submitted,
Prison Health Services, Inc.

By its attorneys,

Victor J. Koufman BBO. #545296
Mary Eiro-Bartevyan, BBO #558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this **3rd day of August 2005**, forwarded a copy of the foregoing, **Notice of Taking Deposition of Mark Duwart,** by first-class mail, postage prepaid, to the following counsel of record:

Robert M. Proulx, Esquire
Proulx Law Associates, P.C.
170 High Street, Suite 301
Taunton, MA 02780

Regina Ryan, Esquire
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Mary Eiro-Bartevyan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of          )
the Estate of John A Horton,                   )
                          Plaintiff            )
v.                                             )
DARTMOUTH HOUSE OF CORRECTION,                 )
BRISTOL COUNTY, JOHN DOE,                      )
RICHARD ROE, Bristol County Corrections        )
employees the identity and number of           )
whom is presently unknown to the Plaintiff,    )
                          Defendants/          )
                          Third Party Plaintiffs )
v.                                             )
PRISON HEALTH SERVICES, INC. and               )
CORRECTIONAL HEALTH CARE                       )
SOLUTIONS, INC.                                )
                          Third Party Defendants )
_____ )

## NOTICE OF TAKING DEPOSITION

TO:   Robert M. Proulx, Esquire
      Proulx Law Associates, P.C.
      170 High Street, Suite 301
      Taunton, MA 02780

      Regina Ryan, Esq.
      Merrick, Louison, & Costello
      67 Batterymarch Street
      Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition

upon oral examination of **Steven Leahy** on **Thursday, the 25th day of August 2005** at

**2:00 p.m.** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301,**

**Salem, MA**, pursuant to the applicable rules of the Federal Rules of Civil Procedure, before

a Notary Public, or before some other officer authorized by law to administer oaths. The examination will continue from day to day until completed.

Dated: 9-3-05

Respectfully submitted,
Prison Health Services, Inc.

By its attorneys,

Victor J. Koufman BBO. #545296
Mary Eiro-Bartevyan, BBO #558970
KOUFMAN & FREDERICK, LLP
265 Essex Street, Suite 301
Salem, Massachusetts 01970-3402
(978) 745-2212

## CERTIFICATE OF SERVICE

I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc., hereby certify that I have this **3ʳᵈ day of August 2005**, forwarded a copy of the foregoing, *Notice of Taking Deposition of Steven Leahy*, by first-class mail, postage prepaid, to the following counsel of record:

Robert M. Proulx, Esquire
Proulx Law Associates, P.C.
170 High Street, Suite 301
Taunton, MA 02780

Regina Ryan, Esquire
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

Mary Eiro-Bartevyan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

BETTE J. RIVARD, as Administratrix of        )
the Estate of John A Horton,                 )
                        Plaintiff            )
v.                                           )
DARTMOUTH HOUSE OF CORRECTION,  )
BRISTOL COUNTY, JOHN DOE,                    )
RICHARD ROE, Bristol County Corrections )
employees the identity and number of         )
whom is presently unknown to the Plaintiff, )
                        Defendants/          )
                        Third Party Plaintiffs )
v.                                           )
PRISON HEALTH SERVICES, INC. and             )
CORRECTIONAL HEALTH CARE                     )
SOLUTIONS, INC.                              )
                        Third Party Defendants )
_____ )

## NOTICE OF TAKING DEPOSITION

TO:   Robert M. Proulx, Esquire
      Proulx Law Associates, P.C.
      170 High Street, Suite 301
      Taunton, MA 02780

      Regina Ryan, Esq.
      Merrick, Louison, & Costello
      67 Batterymarch Street
      Boston, MA 02110

Please take notice that the defendants, by their attorneys, will take the deposition

upon oral examination of **Shane Benson** on **Thursday, the 23rd  day of August 2005** at

**2:00 p.m.** at the offices of **Koufman & Frederick, LLP, 265 Essex Street, Suite 301,**

**Salem, MA**, pursuant to the applicable rules of the Federal Rules of Civil Procedure, before