**ATTACHMENT 3**

# KOUFMAN & FREDERICK, LLP

Attorneys at Law
265 Essex Street, Suite 301
Salem, Massachusetts 01970

Victor J. Koufman
James L. Frederick
Mary Eiro-Bartevyan
Elizabeth M. Rennard
Melissa J. Garand

978.745-2212
Fax: 978.745-9157
www.kflawyers.com

*Of Counsel*
David J. Hallinan
Patrick J. DeIulis

August 3, 2005

Robert Proulx, Esq.
170 High Street
Suite 301
Taunton, MA 02780

Re: **The Estate of John Horton v. Dartmouth House of Correction, et al.**
**U.S.D.C. No. 04-12058-WGY**

Dear Mr. Proulx:

Enclosed, please find deposition notices for the following individuals:

1. Shane Benson     - August 23, 2005     - 2:00pm
2. Frank Wetherall  - August 25, 2005     -10:00am
3. Mark Duwart      - August 25, 2005     - 12:00 noon
4. Steven Leahy     - August 25, 2005     - 2:00pm
5. Mark Higgins     - September 1, 2005   -12 noon

As I indicated in my telephone message, you have not provided me with addresses for any of the individuals listed above. Therefore, I am unable to serve them with deposition subpoenas. Please provide me with such addresses by August 8, 2005 or I will assume that you have agreed to secure the attendance of these individuals at their respective depositions without subpoenas.

Your prompt response to this letter will be appreciated.

Very truly yours,

Mary Eiro-Bartevyan

cc: Regina Ryan, Esq.

1330 Beacon Street, Suite 311, Brookline, Massachusetts 02446
I:\PHS\Horton\Correspondence\Letter to Atty Proulx6.doc    617.738-7880
Fax: 617.738-9497