# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RIVARD
           Plaintiff

V.

DARTMOUTH
           Defendant

CIVIL ACTION NO. 04-12058-WGY

**NOTICE OF ASSIGNMENT OF ADR PROVIDER**

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to  ADR PROGRAM as of 10/2005  for the following ADR process:

- [ ] SCREENING CONFERENCE
- [ ] EARLY NEUTRAL EVALUATION
- [x] MEDIATION
- [ ] MINI-TRIAL
- [ ] SUMMARY JURY TRIAL
- [ ] SETTLEMENT CONFERENCE

- [ ] The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

- [ ] You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE: 9/15/05

/s/ Marie Bell
Deputy Clerk

To:    All Counsel of Record
        and ADR Provider