UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV12058WGY

BETTE J. RIVARD, as Administratrix of
the Estate of John A. Horton,
    Plaintiff,

v.

DARTMOUTH HOUSE OF CORRECTION,
BRISTOL COUNTY, JOHN DOE, RICHARD
ROE, Bristol County Corrections Employees
the identity and number of who is presently
unknown to the Plaintiff,
    Defendants/ Third Party Plaintiffs

v.

PRISON HEALTH SERVICES, INC. and
CORRECTIONAL HEALTH CARE SOLUTIONS, INC.
    Third Part Defendants

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants in the above-captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that Attorney Regina M. Ryan attempted to confer with the plaintiff's counsel, Robert M. Proulx to narrow the issues and they were unable to do so.

The defendant/third party plaintiffs,
Defendant, Bristol County,
By its attorneys,

Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

  I, Regina M. Ryan, hereby certify that on the 1st day of December, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Robert M. Proulx, Esquire, Proulx Law Associates, P.C., 170 High Street, Suite 301, Taunton, MA 02780 and Elizabeth Rennard, Esquire, Koufman & Frederick, 265 Essex Street, Salem, MA 01970 Bruce Assad, Esq., Special Sheriff, Office of the Bristol County Sheriff, 400 Faunce Corner Road, North Dartmouth, MA 02747.

                     *Regina M. Ryan* (MCB)
                     Regina M. Ryan

C:\Documents and Settings\mgarand\Local Settings\Temp\7.1 Certificate.wpd