UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton, <br> Plaintiff, <br> v. <br> DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff, <br> Defendants/Third Party Plaintiffs, <br> v. <br> PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC. <br> Third Party Defendants | Civil Action No.: <u>O4CV12058WGY</u> <br><br><br><br> **PLAINTIFF, BETTE J. RIVARD'S MOTION FOR ADDITIONAL TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

NOW COMES the Plaintiff, Bette J. Rivard, in the above captioned matter, by and through her attorneys, 𝔓𝔯𝔬𝔲𝔩𝔵 𝔏𝔞𝔴 𝔄𝔰𝔰𝔬𝔠𝔦𝔞𝔱𝔢𝔰, 𝔓.𝔆., and moves this Honorable Court to allow the Plaintiff more time to submit an opposition to the Defendant's Joint Motion for Summary Judgment and as reasons therefore the Plaintiff states:

1. That Plaintiff needs more time to adequately prepare an effective opposition to Defendant's Joint Motion for Summary Judgment. Fourteen days has not been an adequate amount of time to prepare an opposition to an 160 page motion, (including memorandum and exhibits).

2. That the Plaintiff has co-counsel in this matter Andrew Fischer who has been on vacation and Plaintiff has not had adequate time to confer with co-counsel to finish preparing an opposition.

WHEREFORE, the Plaintiff moves this Honorable Court to allow the Plaintiff an additional 15 days to prepare Plaintiff's opposition to Defendant's Joint Motion for Summary Judgment.

Dated this the 19th day of December, 2005.

PLAINTIFF,
By her Attorney,

**Proulx Law Associates, P.C.**
*Attorneys at Law*
170 High Street, Suite 301
Taunton, MA 02780-3536

(508) 823-6441

*Robert M. Proulx, Esq.*

Robert M. Proulx, Esquire

**Proulx Law Associates, P.C.**

*Attorneys at Law*

170 High Street, Suite 301

Taunton, Massachusetts 02780-3536

Phone: 508.823.6441

Facsimile: 508.967.2737

BBO# 640653

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served via first class mail postage pre-paid, on December 19th, 2005 to:

√    Regina M. Ryan, Esquire              √    Mary C. Eiro-Bartevyan, Esquire
     Merrick Louison & Costello                Koufman & Frederick, LLC
     67 Batterymarch Street                     265 Essex Street, Ste. 301
     Boston, MA 02110                           Salem, MA 01970

PLAINTIFF,
By her Attorney,

*Robert M. Proulx, Esq.*

Robert M. Proulx, Esquire

**Proulx Law Associates, P.C.**

*Attorneys at Law*

170 High Street, Suite 301

Taunton, Massachusetts 02780-3536

Phone: 508.823.6441

Facsimile: 508.967.2737

BBO# 640653

**Proulx Law
Associates, P.C.**
*Attorneys at Law*
170 High Street, Suite 301
Taunton, MA 02780-3536

(508) 823-6441

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton,<br>            Plaintiff,<br>    v.<br>DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees the identity and number of whom is presently unknown to the Plaintiff,<br>            Defendants/Third Party Plaintiffs,<br>            v.<br>PRISON HEALTH SERVICES, INC. and CORRECTIONAL HEALTH CARE SOLUTIONS, INC.<br><br>            Third Party Defendants | Civil Action No.: O4CV12058WGY<br><br><br><br>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)** |

NOW COMES the Plaintiff, Bette J. Rivard, in the above captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that Attorney Robert M. Proulx attempted to confer with the Defendant's counsel, Regina M. Ryan and Mary Eiro Bartevyan to narrow the issues and he was unable to do so.

Dated this the 19th day of December, 2005.

PLAINTIFF,
By her Attorney,

Robert M. Proulx, Esquire
**Proulx Law Associates, P.C.**
*Attorneys at Law*
170 High Street, Suite 301
Taunton, Massachusetts 02780-3536
Phone: 508.823.6441
Facsimile: 508.967.2737
BBO# 640653

**Proulx Law
Associates, P.C.**
*Attorneys at Law*
170 High Street, Suite 301
Taunton, MA 02780-3536

(508) 823-6441

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served via first class mail postage pre-paid, on December 19th, 2005 to:

√    Regina M. Ryan, Esquire                    √    Mary C. Eiro-Bartevyan, Esquire
     Merrick Louison & Costello                       Koufman & Frederick, LLC
     67 Batterymarch Street                           265 Essex Street, Ste. 301
     Boston, MA 02110                                 Salem, MA 01970

                                   PLAINTIFF,
                                   By her Attorney,

                                   Robert M. Proulx, Esquire
                                   **Proulx Law Associates, P.C.**
                                   *Attorneys at Law*
                                   170 High Street, Suite 301
                                   Taunton, Massachusetts 02780-3536
                                   Phone: 508.823.6441
                                   Facsimile: 508.967.2737
                                   BBO# 640653

**Proulx Law
Associates, P.C.**
*Attorneys at Law*
170 High Street, Suite 301
Taunton, MA 02780-3536

(508) 823-6441

*Certificate of Compliance*                                        *Page -2- of -2-*