UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CA #: 04CV12058WGY

| | |
|---|---|
| BETTE J. RIVARD, as Administratrix of the Estate of John A Horton, <br>         Plaintiff <br><br> v. <br><br> DARTMOUTH HOUSE OF CORRECTION, BRISTOL COUNTY, JOHN DOE, RICHARD ROE, Bristol County Corrections employees <br>         Defendants/ <br>         Third Party Plaintiffs <br><br> v. <br><br> PRISON HEALTH SERVICES, INC. <br>         Third Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' JOINT PRE-TRIAL DISCLOSURES

Pursuant to Local Rule 16.5(c) and Fed.R.Civ.P. 26(a)(2), the defendants Dartmouth House of Correction/Bristol County and third-party defendant Prison Health Services, Inc. submit the following pre-trial disclosures.

1. **DISCLOSURE OF WITNESSES DEFENDANTS EXPECT TO CALL**

    Susan Andrews, M.D.

    Pauline Sweeney

    Linda Goodale, R.N.

Sheriff Thomas M. Hodgson

Peter Berthiaume

Colonel Souza

Lorraine Rousseau

Various employees of Bristol County House of Correction

Various employees of Prison Health Services, Inc.

## **DISCLOSURE OF WITNESSES THE DEFENDANTS MAY CALL**

Steve Stonely  LPN

Amber Mello,  P.A.C.

Nathaniel Stillman , P.A.C.

Laurel Miller, M.D.

Kathleen Cronin, M.D.


## **DISCLOSURE OF TESTIMONY TO BE PROVIDED BY DEPOSITION/TRANSCRIPT**

- None.

2.    **DISCLOSURE OF DOCUMENTS**

### **Documents Expected to Be Offered by Defendants**

Postmortem Examination Report

Prison Health Services Records

    Including:

        -Physician's Orders

        -Progress Notes

        -Physical Examinations

        -Outpatient Referral Request Forms

        -Laboratory Reports

        -Radiology Reports

-Medication Administration Records

-Inmate Medical Request Forms

-Refusal of Treatment Forms

-Special Needs Notification Forms

-HIV-AIDS Clinic Records

-Hunger Strike Records

-Mental Health Records

Lemuel Shattuck Hospital Records

St. Luke's Hospitals Records

Medical Records From Any Outside Medical Providers

Bristol County House Of Correction

    Administrative/ Jail Record For John Horton

Correspondence Received From IRS Regarding Lack Of Tax Returns

Certified Copies of Criminal Convictions for Witnesses Called by Plaintiff

**Documents Which May Be Offered By Defendants**

Massachusetts General Hospital Records

Cape Cod Hospital Records

Contract Between PHS And Bristol County

Contracts Between Laurel Miller And Bristol County

Contracts With Kathleen Cronin

3. **DISCLOSURE OF EXPERT TESTIMONY**

- Robert Resnick, M.D.

**Opinion**
See Attached Opinion Letter

**Publications Within the Last Ten Years**

Resnick, R.H. *Lactulose leaves the leaky gut*. Inflammatory Bowel Diseases, 2:223-4, 1996.

Wattanasirichaigoon, S., Gordon, F.D. and Resnick, R.H. *Hyperdynamic Circulation in Portal Hypertension; A Comparative Model of Arterial-Venous Fistula*. Medical Hypotheses 55(1): 77-87, 2000.

Resnick, R.H. and Chopra S. *Vitamin D Receptor gene analysis in Primary Biliary Cirrhosis*. Gastroenterolgy 118: 1805, 2000.

Resnick, R.H. and Chopra, S. *Nonalcoholic Steatohepatitis: A Common Hepatic Disorder*. Family Practice Recertification; 24: 43-50, 2002.


**Depositions/Trials**

| Date | Law Firm | Subject | Depo/Trial | Location |
| --- | --- | --- | --- | --- |
| 4/15/05 | Kenneth Ambler | Plaintiff Hopkinson | Depo | Tampa, FL |
| 12/21/04 | Levy Angstreich | Plaintiff Atkinson | Depo | Cherry Hill, N.J. |
| 1/27/03 | Costello, McMahon & Burke | Plaintiff Taylor | Depo | Chicago, IL |
| 2/24/04 | Fink & Boyle | Plaintiff Lewis | Depo | Fort Myers, FL |
| 4/14/05 | Florin, Roehig | Plaintiff Ricks | Depo | Palm Harbor, FL |
| 6/18/02 | Goldman, Weisman & Cairo | Plaintiff Pearson | Depo | Chicago, IL |
| 10/31/02 | Mac Greco Jr. | Plaintiff A. Laferriere | Depo | Tampa, FL |
| 3/8/04 | Mac Greco Jr. | Plaintiff A. Laferriere | Trial | Tampa, FL |
| 2/9/04 | Wilson & Groves | Plaintiff A. Ellis | Depo | Henderson, KY |
| 1/31/02 | Benjamin Levine | Plaintiff Schurko | Trial | Newark, NJ |
| 5/8/03 | Levy Angstreich | Plaintiff L. Alper | Depo | Cherry Hill, NJ |
| 10/2/03 | Levy Angstreich | Plaintiff R. Mancuso | Depo | Cherry Hill, NJ |
| 8/4/02 | Logan | Plaintiff Figueroa | Depo | Gulfport, MS |
| 1/4/02 | Marsee | Plaintiff J. Avidano | Depo | Orlando, FL |
| 4/7/04 | Moquin & Daley | Plaintiff D. Mustafa | Trial | Boston, MA |
| 7/25/02 | Frederick Nessler | Plaintiff A. Jacobs | Depo | Peoria, IL |
| 3/18/03 | Frederick Nessler | Plaintiff Ridgeway | Depo | Peoria, IL |
| 8/19/04 | John B. Ostrow | Plaintiff Fabins | Depo | Miami, FL |

| Date | Firm | Party | Type | Location |
|---|---|---|---|---|
| 11/1/04 | John B. Ostrow | Plaintiff Fabins | Depo | Miami, FL |
| 2/28/03 | Pignatelli, Liston, & Mertes | Plaintiff L. Thompson | Depo | Rock Falls, IL |
| 9/8/03 | Preti, Flaherty | Defendant Dr. Weiss | Depo | Portland, ME |
| 3/12/02 | Sheldon, Schlesinger Zobel | Plaintiff Rogers | Depo | Ft. Lauderdale, FL |
| 9/10/02 | Scary, Denny, Scarola | Plaintiff Broughton | Trial | West Palm Beach, FL |
| 3/3/05 | Slater, Norris & Gormley | Plaintiff Cline | Depo | Des Moines, IA |
| 4/14/05 | Slater, Norris & Gormley | Plaintiff Cline | Trial | Des Moines, IA |
| 8/1/03 | Eddie Zyko | Plaintiff Poulin | Trial | Stamford, CT |

Respectfully submitted,

Dartmouth House of Correction,　　　　　　　　Prison Health Services Inc
Bristol County,　　　　　　　　　　　　　　　　By their attorneys,
By their attorney,


*/s/  Regina Ryan (meb)*　　　　　　　　　　　*/s/ Mary Eiro-Bartevyan*
Regina Ryan, Esq. BBO# 565246　　　　　　Victor J. Koufman, BBO #545296
Merrick, Louison & Costello　　　　　　　　Mary Eiro-Bartevyan, BBO #558970
67 Batterymarch Street　　　　　　　　　　Koufman & Frederick, LLP
Boston, MA  02110　　　　　　　　　　　　265 Essex Street, Suite 301
(617) 430-0305　　　　　　　　　　　　　　Salem, MA  01970
　　　　　　　　　　　　　　　　　　　　　　(978) 745-2212

**CERTIFICATE OF SERVICE**

      I, Mary Eiro-Bartevyan, attorney for Prison Health Services, Inc. hereby certify that I have this _____ day of December, 2005 forwarded a copy of the foregoing Defendants' Joint Pre-Trial Disclosures, by first-class mail, postage pre-paid, upon the plaintiff's counsel named below:

Robert Proulx, Esq.
Proulx Law Associates, PC
170 High Street
Suite 301
Taunton, MA  02780


      */s/ Mary Eiro-Bartevyan*
      Mary Eiro-Bartevyan