Volume: I
Pages: 1-42

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04CV12058WGY

BETTE J. RIVARD, As Administratrix of
THE ESTATE OF JOHN A. HORTON,

    Plaintiff
vs.

DARTMOUTH HOUSE OF CORRECTION, BRISTOL
COUNTY, JOHN DOE, RICHARD ROE, Bristol
County Corrections Employees, the identity
and number of who is presently unknown to
the Plaintiff,

    Defendants/Third-Party Plaintiffs
vs.

PRISON HEALTH SERVICES, INC. and
CORRECTIONAL HEALTH CARE SOLUTIONS, INC.,

    Third-Party Defendants

DEPOSITION OF:  MARIA IAFRATE

MERRICK, LOUISON & COSTELLO

67 Batterymarch Street

Boston, MA 02110

September 6, 2005

Virginia Dodge
Registered Professional Reporter

DUNN & GOUDREAU



```
 1  you also schedule appointments for inmates?
 2  A.    That's right.  I did.  And I coordinated --
 3  Q.    Can you describe that?
 4  A.    I would call the outside facilities under
 5  Dr. Andrews' orders for whatever outside appointments they
 6  needed.  And I would contact the provider, outside
 7  provider, schedule the appointments and log the
 8  appointments, coordinated it with security,
 9  transportation.  And the deputy of medical services also
10  got a copy.  So I had to make sure everybody who needed to
11  know about the appointments knew about the appointments.
12  Q.    And how many outside medical appointments would you
13  schedule on average in a given day?
14  A.    About four or five.
15  Q.    Four or five a day?
16  A.    Yeah.
17  Q.    Typically?
18  A.    Typically, yeah.  There was a lot of prenatal
19  things, too, going on.  The women that needed to go in
20  monthly, or they were, at a point, going in weekly.
21  Q.    And what was the date that you left your employment
22  with Prison Health Services?
23  A.    October 3, '02.
24  Q.    And you were terminated, correct?
```

1    A.    Right.

2    Q.    And did you collect unemployment?

3    A.    Yes, I did.

4    Q.    And for how long did you collect unemployment?

5    A.    For the full amount, for the full -- what is it?

6    Thirteen and then another thirteen, I think.

7    Q.    They change it all the time.

8    A.    Yeah. I'm not sure. Twenty-six weeks, plus another

9    ten. I'm not sure. It was a full -- the maximum that I

10   could.

11   Q.    And since you've left your employment with Prison

12   Health Services, have you made any attempts to find

13   another job?

14   A.    Not really hearted attempts, no. But I've sent

15   résumés, but I haven't looked as aggressively as I could

16   have.

17   Q.    Is there a reason for that?

18   A.    I just didn't feel confident. I felt kind of -- I

19   don't know how to say. I was fired, reason for leaving. I

20   don't know how to say I was fired. And I -- you know, you

21   don't badmouth any previous employer, if you're looking to

22   get hired.

23   Q.    Now, this case involved a former inmate named John

24   Horton who is currently deceased, and you have been

```
 1
 2
 3
 4
 5  COMMONWEALTH OF MASSACHUSETTS
    SUFFOLK, SS.
 6
 7
 8      I, VIRGINIA DODGE, a Notary Public in and for the
    Commonwealth of Massachusetts, do hereby certify that
 9  there came before me on the 6th day of September, 2005, at
    the offices of MERRICK, LOUISON & COSTELLO,
10  67 Batterymarch Street, Boston, Massachusetts, the
    following named person, to wit:  MARIA IAFRATE, who was by
11  me duly sworn to testify to the truth and nothing but the
    truth as to her knowledge touching and concerning the
12  matters in controversy in this cause; that she was
    thereupon examined upon her oath and said examination
13  reduced to writing by me; and that the statement is a true
    record of the testimony given by the witness, to the best
14  of my knowledge and ability.
15
16      I further certify that I am not a relative or
    employee of counsel/attorney for any of the parties, nor a
17  relative or employee of such parties, nor am I financially
    interested in the outcome of the action.
18
19
        WITNESS MY HAND this 15th day of September, 2005.
20
21
                                    _____
22                                  Virginia Dodge
                                    Notary Public
23                                  RPR #835835

24  My Commission Expires:
    November 17, 2011
```

Case 1:04-cv-12058-WGY   Document 37-2   Filed 01/13/2006   Page 5 of 7

Bette J. Rivard, As Administratrix of The Estate of John A. Horton vs. Dartmouth House of Correction, Bristol County, et al. vs
Maria Iafrate                                                                                           September 6, 2005

Volume: I
Pages: 1-42

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 04CV12058WGY

BETTE J. RIVARD, As Administratrix of
THE ESTATE OF JOHN A. HORTON,

    Plaintiff

vs.

DARTMOUTH HOUSE OF CORRECTION, BRISTOL
COUNTY, JOHN DOE, RICHARD ROE, Bristol
County Corrections Employees, the identity
and number of who is presently unknown to
the Plaintiff,

    Defendants/Third-Party Plaintiffs

vs.

PRISON HEALTH SERVICES, INC. and
CORRECTIONAL HEALTH CARE SOLUTIONS, INC.,

    Third-Party Defendants


DEPOSITION OF:  MARIA IAFRATE

MERRICK, LOUISON & COSTELLO

67 Batterymarch Street

Boston, MA 02110

September 6, 2005


Virginia Dodge
Registered Professional Reporter

DUNN & GOUDREAU


EXHIBIT B

```
 1   A.   No.
 2   Q.   Did you ever tell anyone at the time that you felt
 3   that Dr. Andrews' prescription of water was inappropriate?
 4   A.   No.
 5   Q.   And did you ever have custody of his medical
 6   records?
 7   A.   No.
 8   Q.   You never reviewed his file; is that correct?
 9   A.   Right.
10   Q.   Did you know his medical condition at the time?
11   A.   No.
12   Q.   Were you aware if he had any preexisting condition
13   before he came into the jail?
14   A.   No.
15   Q.   Okay.  And you testified earlier that during the
16   staff meetings, Mr. Horton's name would come up; is that
17   correct?
18   A.   Correct.  Right.
19   Q.   And one of your responsibilities was to keep minutes
20   of the staff meetings; is that correct?
21   A.   Yes.
22   Q.   Would you write Mr. Horton's name in the staff
23   meeting minutes?
24   A.   I don't think I would.  No.
```

```
 1
 2
 3
 4
 5  COMMONWEALTH OF MASSACHUSETTS
    SUFFOLK, SS.
 6
 7
 8       I, VIRGINIA DODGE, a Notary Public in and for the
    Commonwealth of Massachusetts, do hereby certify that
 9  there came before me on the 6th day of September, 2005, at
    the offices of MERRICK, LOUISON & COSTELLO,
10  67 Batterymarch Street, Boston, Massachusetts, the
    following named person, to wit:  MARIA IAFRATE, who was by
11  me duly sworn to testify to the truth and nothing but the
    truth as to her knowledge touching and concerning the
12  matters in controversy in this cause; that she was
    thereupon examined upon her oath and said examination
13  reduced to writing by me; and that the statement is a true
    record of the testimony given by the witness, to the best
14  of my knowledge and ability.
15
16       I further certify that I am not a relative or
    employee of counsel/attorney for any of the parties, nor a
17  relative or employee of such parties, nor am I financially
    interested in the outcome of the action.
18
19
         WITNESS MY HAND this 15th day of September, 2005.
20
21
22                                   _____
                                     Virginia Dodge
23                                   Notary Public
                                     RPR #835835
24  My Commission Expires:
    November 17, 2011
```