UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-12058-WGY**

**RIVARD**
.
**Plaintiff**

v.

**DARTMOUTH HOUSE OF CORRECTION
PRISON HEALTH SERVICES, INC.**

**Defendant**

JUDGMENT

    This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendants' Motion for Summary Judgment. Judgment for the Defendants Dartmouth House of Correction and Prison Healthcare Inc., against Plaintiff Bette Rivard.  Plaintiff voluntarily dismisses John Doe and Richard Roe.
    .

**Sarah A. Thornton**
**Clerk**


   **/s/ Elizabeth Smith**
**Deputy Clerk**

January 26, 2006
To: All Counsel